| | | |
|---|---|---|
| KIMBERLY CLIFFORD<br>2507 Harwood Road<br>Parkville, Maryland 21234 | * <br> * | IN THE DISTRICT |
| and | | |
| EUGENE WAYNE CLIFFORD, Sr.<br>2507 Harwood Road<br>Parkville, Maryland 21234 | * | |
| *Plaintiffs* | * <br> * | COURT FOR |
| v. | * <br> * | BALTIMORE COUNTY |
| WALMART INC.<br>Serve on Resident Agent:<br>The Corporation Trust, Inc.<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093 | * <br><br> * <br><br> * | CASE NO.: |
| *Defendant* | * <br> * <br> * | |

* * * * * * * * *

## COMPLAINT

NOW COMES, Kimberly Clifford and Eugene Wayne Clifford, Sr., Plaintiffs, by David J. Preller, Jr. and the Law Offices of Preller & Preller, their attorneys, bring this civil action against WALMART INC., Defendant, and states as follows:

1. Defendant Walmart, Inc., ("Walmart") is a corporation registered in the State of Maryland to do business and is in good standing.
2. Located at 8118 Perry Hills Road in the Nottingham section of this County is a Walmart retail store. ("the store").
3. Walmart operates its business within the store and has actual control of all elements within the store.
4. On August 06, 2019, Plaintiffs elected to go to the store for shopping purposes.
5. At that time and place, Plaintiffs were business invitees within the store.

6. The Plaintiffs arrived at the store at approximately 5:00 p.m., and upon entering the store, as invitees, began to shop using a shopping cart to hold items being purchased, as the Plaintiffs walked the store aisles.

7. While Plaintiffs were walking together in a main aisle of the store between houseware items and toys, Plaintiff Kimberly Clifford's left foot suddenly stepped into something slippery and started sliding forward out of her control, immediately resulting in her loss of balance, causing her legs to split apart, and causing her to land full force onto the concrete/tiled type of floor with the full force and weight of her body. She discovered at that moment she was laying in a large puddle area of some type of clear, wet substance.

8. As a result of the fall, Plaintiff Kimberly Clifford felt pain in her left leg area from her hip to her toes. While laying on the floor, initially she was able to yell out "oh my God, help me, help me." At that time, two nurses, who were also customers, came over to help. "911" was called and the store manager also came over.

9. An ambulance arrived and placed Plaintiff Kimberly Clifford on a stretcher. Plaintiff noticed her hand starting to swell and she was in a great deal of pain. Plaintiff was taken by ambulance to Franklin Square Hospital and thereafter she went to PromptCare, another medical care provider.

10. As a result of that fall, Plaintiff Kimberly Clifford suffered physical injury to her body.

11. As a result of such a fall and such injuries, Plaintiff Kimberly Clifford has been caused to seek medical care, continued treatment for said injuries, costs of treatment and permanent injuries resulting from the injury.

12. Also as a result of Defendant's negligence, Plaintiff Kimberly Clifford has required extensive medical care, as well as the care and services of doctors, nurses, physical therapists, and other health care professionals, and to require various medicines and medical devices; and to undergo rehabilitation.

13. Also, as a result of the Defendant's negligence, Plaintiff Kimberly Clifford has suffered temporary disability, reduced quality of life, and pain and suffering.

14. Plaintiff Eugene Wayne Clifford, Sr. is the husband of Plaintiff Kimberly Clifford.

15. In addition to the losses suffered by Plaintiff Kimberly Clifford, the marital unit has suffered losses and damages as a result of defendant's negligence.

16. Plaintiffs' losses and damages $30,000.00.

17. Defendant has an obligation to provide a safe environment to its business invitees.

18. All the above-mentioned injuries, losses, and damages suffered by Plaintiffs were caused by the negligence of the defendant, in not providing a safe environment for Plaintiffs, without any contributing negligence on the part of the Plaintiffs.

## COUNT I
(common law negligence, claim of Kimberly Clifford)

Incorporating all facts and allegations above, Plaintiff Kimberly Clifford avers that Defendant breached its duty of care to her, such a breach being the proximate cause of the injuries, losses, and damages described above. Wherefore, Plaintiff Kimberly Clifford requests that the court award compensatory damages against Defendant.

## COUNT II
(common law negligence, consortium claim)

Incorporating all facts and allegations above, such negligence caused losses and damages to the marital unit. Wherefore, Plaintiffs request that the court enter a money judgment in their favor, against Defendant.

David J. Preller, Jr.
#7512010254
Preller & Preller
307 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 494-1494
(410) 494-1987 (fax)
Jr.office@prellerlaw.com
*Attorney for Plaintiff*